IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY D. EVANS,
    Petitioner,

vs.                          Case No.: 3:07cv98/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## ORDER

    Petitioner initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1). Petitioner also filed a "Motion for Order to Stay and Hold in Abeyance Ruling on Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus" (Doc. 2), which he now seeks to withdraw (*see* Doc. 17 at 4–5). Respondent filed a motion to dismiss the habeas petition on the ground that it was untimely filed pursuant to 28 U.S.C. § 2244(d) (Doc. 13), but Respondent has now filed a motion to withdraw the motion to dismiss (Doc. 18). Respondent filed a motion for enlargement of time of forty-five (45) days to file an answer to the habeas petition (Doc. 19). Good causing having been shown, the motion for extension of time shall be granted.

    Accordingly, it is **ORDERED**:

    1.     Petitioner's "Motion for Order to Stay and Hold in Abeyance Ruling on Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus" (Doc. 2) is deemed **WITHDRAWN**.

    2.     Respondent's Motion to Withdraw Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 18) is **GRANTED,** and the Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 13) is deemed **WITHDRAWN**.

    3.     Respondent's Motion for Enlargement of Time to Answer Petition for Writ of Habeas Corpus (Doc. 19) is **GRANTED**. Respondent shall file an answer to the habeas petition on or before **JULY 13, 2007.**

    **DONE AND ORDERED** this 30th day of May 2007.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**